



1  Don A. Hernandez (SBN 125119)
   Kristin L. Petersen (SBN 283805)
2  GONZALEZ SAGGIO & HARLAN, LLP
   2 North Lake Avenue, Suite 930
3  Pasadena, California 91101
   Telephone: (626)440-0022
4  Facsimile: (626)628-1725
   Don_Hernandez@gshllp.com
5
   Attorneys for Plaintiffs,
6  Wise Unicorn

7

8            UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11 WISE UNICORN IND., LTD., a Hong        Case No.:
   Kong limited liability company; WISE    CV13-8646 RSWL (FFMx)
12 UNICORN CRAFTS & GIFTS (HUI
   YANG) IND., LTD., a Chinese limited    COMPLAINT FOR:
13 liability company; and UNICORN         COPYRIGHT INFRINGEMENT;
   STUDIO INC., a California corporation;  TRADEMARK AND TRADE DRESS
14                                         INFRINGEMENT; UNFAIR
              Plaintiffs,                  COMPETITION; FALSE
15                                         ADVERTISING; FALSE
       vs.                                 DESIGNATION OF ORIGIN; AND
16                                         STATUTORY UNFAIR
   G C & S. CO. (TRANSPACIFIC INC.)       COMPETITION
17 d/b/a PACIFIC TRADING,, an Oklahoma
   corporation; YTC SUMMIT                DEMAND FOR JURY TRIAL
18 INTERNATIONAL, INC,, a California
   corporation; TONY CHEN, an individual;
19 RAYMOND CHIU, an individual;
   STEVEN CHEN, an individual; and DOES
20 1-10.

21            Defendants.

22

23

24    Plaintiffs Wise Unicorn Ind., Ltd.; Wise Unicorn Crafts & Gifts (Hui Yang) Ind.,

25 Ltd.; and Unicorn Studio Inc. (collectively "Plaintiffs" or "Wise Unicorn"), as for their

26 Complaint herein against Defendants G C & S Co. (Transpacific Inc.) d/b/a Pacific

27 Trading ("Pacific Trading"); YTC Summit International Inc. ("YTC"); Tony Chen;

28

COMPLAINT

1  Raymond Chiu; Steven Chen; and Does 1-20 (collectively "Defendants"), state and allege
2  the following:

## INTRODUCTION

4      1.      This is an action for copyright infringement, trademark and trade dress
5  infringement, and unfair competition and false advertising arising from Defendants'
6  marketing, distribution, offering for sale, and sales of products that directly infringe
7  Plaintiff's intellectual property rights and contribute to other infringement. Plaintiffs
8  seeks injunctive relief and damages.

## THE PARTIES

10     2.      Plaintiff Unicorn Studio Inc. is a California corporation and has a principal
11 office at 13955 Live Oak Avenue, Irwindale, California 91706.
12     3.      Plaintiff Wise Unicorn Industrial, Ltd. is a limited liability company
13 organized under the laws of Hong Kong, with a principal place of business at Room
14 1706-7, 17/F, 113 Argyle Street, Mongkok Kowloon, Hong Kong.
15     4.      Plaintiff Wise Unicorn Crafts & Gifts (Hui Yang) Ind., Ltd., is a limited
16 liability company organized under the laws of China.
17     5.      Collectively, Plaintiffs are referred to as "Plaintiffs" or "Wise Unicorn."
18 Wise Unicorn is in the business of designing, crafting, and selling collectible figurines
19 and other original works of art.
20     6.      Defendant G C & S. Co. (Transpacific Inc.), d/b/a Pacific Trading ("Pacific
21 Trading") is an Oklahoma corporation and has a principal office at 1200 S. Fretz Avenue,
22 Edmond, Oklahoma 73003.  Pacific Trading is in the business of importing giftware,
23 collectibles, and home décor accessories.
24     7.      Defendant YTC Summit International, Inc. ("YTC") is a California
25 corporation and has its principal place of business at 12037 Clark Street, Arcadia, CA
26 91006.  YTC is in the business of selling giftware, collectibles, and home décor
27 accessories.
28

1

COMPLAINT

8. Plaintiffs are informed and believe, and on this basis allege, that Defendant Tony Chen is an individual owner and operator of Pacific Trading, and directly responsible for the conduct of Pacific Trading as alleged herein.

9. Plaintiffs are informed and believe, and on this basis allege, that Defendant Raymond Chiu is an individual owner and operator of Pacific Trading, and directly responsible for the conduct of Pacific Trading as alleged herein.

10. Plaintiffs are informed and believe and on this basis allege that Defendant Steven Chen is an individual owner and operator of YTC, and directly responsible for the conduct of YTC as alleged herein.

11. Each of the Defendants named herein as Does 1 through 20 is a natural person or business entity whose true name and form of organization is currently unknown to Plaintiffs and whom Plaintiffs therefore sue by such fictitious name. Plaintiffs are informed and believe, and on this basis allege, that each of the Defendants is an owner, operator, or is otherwise personally and directly responsible for the operation of the businesses identified in the preceding paragraphs or is responsible for the duplication or distribution of unauthorized copies of Plaintiffs' copyrighted works. Plaintiffs will amend this Complaint to allege the true names and capacities of these Doe Defendants when the same has been ascertained.

12. Plaintiffs are informed and believe and based thereon allege that there is a unity of interest among the Defendants and the Defendants have acted collectively with one another in doing all of the acts alleged herein.

## JURISDICTION AND VENUE

13. This Court has subject matter jurisdiction over this action , pursuant to 28 U.S.C. §§ 1331, 1338 – as there are questions that need to be resolved under federal copyright laws, trademark laws, and unfair competition laws --and under principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

**COMPLAINT**

14.     This Court has personal jurisdiction over Defendants, who conduct substantial business in California.

15.     Venue is proper in this district under 28 U.S.C. § 1391 and 1400(a).

## FACTUAL BACKGROUND

## PLAINTIFF'S GOODS AND INTELLECTUAL PROPERTY.

16.     Plaintiffs design and manufacture original works of visual art, primarily 3D sculptures and statues crafted in high quality polyresin, cold cast bronze, pewter, porcelain, and other materials which are sold as gift and collectible items (singularly and collectively referred to as "Wise Unicorn Work" and "Wise Unicorn Works," respectively).  The Wise Unicorn Works are listed on Exhibit A attached hereto, and are the subject of this action.

17.     At all times relevant hereto, Plaintiffs have been and still are holders of the exclusive rights under the U.S. Copyright Act of 1976 (17 U.S.C. §§ 101 *et seq.*, and all amendments thereto) (the "Copyright Act") in the Wise Unicorn Works, including the rights and privileges to reproduce and distribute, or license the reproduction and distribution of, the Wise Unicorn Works throughout the United States.

18.     Each Wise Unicorn Work is original, copyrightable subject matter under the Copyright Act.

19.     Plaintiffs have obtained copyright registrations from the Copyright Office, or have applied to register copyrights with the Copyright Office, for each Wise Unicorn Work.

20.     All of the Wise Unicorn Works have always contained proper copyright notice since the first date of publication, a fact of which Defendants were aware when they first entered into a business relationship with Wise Unicorn.

21.     The Wise Unicorn Works are widely available for sale to the public through wholesale and retail sellers in the United States and internationally. The Wise Unicorn Works are broadly and easily accessible through their display at United States and

1  international trade shows, advertisements, features in trade magazines, and display on

2  websites.

3      A.    **DEFENDANTS' ACCESS TO AND INFRINGEMENT OF**

4            **PLAINTIFFS' WISE UNICORN WORKS.**

5      22.    Defendants Pacific Trading and its affiliate YTC Summit International, Inc.

6  ("YTC") have been distributors of Wise Unicorn Products in the United States for over a

7  decade.

8      23.    By virtue of their business relationship, Defendants Pacific Trading and

9  YTC have had extensive  access to Wise Unicorn product catalogs featuring the Wise

10  Unicorn Works and Wise Unicorn Product Images (discussed below), as well as access to

11  samples and drawings of the Wise Unicorn Works.

12      24.    At no time have Plaintiffs authorized any Defendant, by license or

13  otherwise, to copy or reproduce any of the Wise Unicorn Works.

14      25.    Defendants have distributed unauthorized copies of the Wise Unicorn

15  Works, to which Plaintiffs are the owners of exclusive rights under the respective

16  copyrights, including, but not limited to, the works listed on Exhibit A attached hereto.

17      26.    Defendants have offered for sale and sold unauthorized copies of numerous

18  works to which Plaintiffs are owners of exclusive rights under the respective copyrights,

19  including, but not limited to, the works listed on Exhibit A attached hereto.

20      27.    Defendants have infringed Plaintiffs' exclusive intellectual property rights in

21  the Wise Unicorn Works by copying, reproducing, and duplicating these Works and by

22  distributing, advertising, selling and offering for sale unlawfully reproduced sculptures

23  and other items embodying the intellectual property of the Wise Unicorn Works.

24      28.    Each infringing duplication, sale, or rental, as well as the threat of

25  continuing the same, constitutes a separate claim against Defendants under the Copyright

26  Act.

27

28

29.    Plaintiffs have sustained, and will continue to sustain, substantial damage to the value of the Wise Unicorn Works in that Defendants' activities have diminished and will continue to diminish the revenue that Plaintiffs' would otherwise receive.

30.    In addition, Defendants have realized unjust and unlawful profits from their unauthorized and illegal copying of the Wise Unicorn Works and unauthorized reproduction and distribution of the same.

31.    Defendants have continued to knowingly infringe the Plaintiffs' intellectual property rights, and unless temporarily, preliminarily and permanently enjoined by an order of this court, will continue to infringe Plaintiffs' intellectual property, causing Plaintiffs' irreparable injury.  As a result of Defendants' multiple acts of infringement, Plaintiffs are without an adequate remedy at law because damages are difficult to ascertain, and unless injunctive relief is granted, Plaintiffs will be required to pursue a multiplicity of actions.

**B.    DISCOVERY OF DEFENDANTS' COUNTERFEIT SCHEME WITH SIXTH INDUSTRIAL CO., LTD.**

32.    In 2010, Plaintiffs began to receive complaints from their United States customers regarding changes in Plaintiffs' works, product designs, and manufacturing quality of its products.

33.    Upon further investigations into these complaints, Plaintiffs learned in late 2010 that at least three of Plaintiffs' sales employees were secretly and illegally operating, SixSixth Industrial Co., Ltd. ("SixSixth"), a manufacturing facility that produced counterfeit Wise Unicorn designs.

34.    On information and belief, Defendants Pacific Trading and YTC facilitated the illegal counterfeiting scheme with SixSixth by commissioning the production of no less than 14,144 units of SixSixth Copies, importing the Infringing Goods to the United States, and offering for sale and selling the SixSixth Copies in the United States.

**COMPLAINT**

35.     On or about November 24, 2010, the local Chinese police raided SixSixth's manufacturing facility and confiscated documents, moulds and samples belonging to Plaintiffs that evidenced that the SixSixth facility had been producing counterfeit Wise Unicorn products.

36.     The confiscated evidence showed that Pacific Trading and YTC were active members in this counterfeit operation with SixSixth.

37.     Among the evidence confiscated were documents, masters, molds, and samples showing that Pacific Trading and YTC had, among other things:

> a.     Provided SixSixth with samples of Plaintiffs' copyrighted designs for replication without Plaintiffs' authorization;
>
> b.     Purchased unauthorized, counterfeit products (the "SixSixth Copies") from SixSixth; and
>
> c.     Sold the SixSixth Copies as authentic Wise Unicorn products to Pacific Trading and YTC's clients.

38.     Although Defendants represented to the Industrial and Commerce Bureau of the People's Republic of China that the Wise Unicorn samples confiscated from SixSixth were provided by Defendants "as reference only and not intended for any replication or other use," ample evidence was discovered to the contrary.

39.     For example, on or about November 11, 2010, YTC shipped eight samples of Plaintiffs' original Works to SixSixth to be replicated.

40.     An October 4, 2010 sales confirmation slip confirms YTC's order of counterfeit Wise Unicorn statues and a SixSixth production planning worksheet.  These documents evidence YTC's commission of ten different Wise Unicorn designs totaling approximately 5,340 units, including at least 360 counterfeit copies of Wise Unicorn's Work, "Love Never Dies" (YTC No. 4715/Wise Unicorn No. WU67013AA), which is registered with the U.S. Copyright Office, as indicated on Exhibit A, attached hereto.

**COMPLAINT**

41.    The value of counterfeit products commissioned by YTC in this October 4, 2010 purchase order totals at least $72,130.00, as indicated on Exhibit B, attached hereto.

42.    As evidenced by planning worksheets, Pacific Trading commissioned from SixSixth approximately 14,144 counterfeit copies of 49 different Wise Unicorn Works, as indicated on Exhibit B, attached hereto.

43.    The planning worksheets evidence that in this purchase order, Pacific Trading ordered counterfeit copies of the numerous Wise Unicorn Works, which are registered with the U.S. Copyright Office, including, but not limited to:

      a.    "E.T. Skull": Pacific Trading commissioned at least 240 counterfeit copies from SixSixth (Pacific Trading No. 4910/Wise Unicorn No. WU67350AA) of Wise Unicorn's Work, "E.T. Skull," which is registered with the U.S. Copyright Office.

      b.    "Fortuna": Pacific Trading commissioned at least 180 counterfeit copies from SixSixth (Pacific Trading No. 7327/Wise Unicorn No. WU71833AA) of Wise Unicorn's Work, "Fortuna," which is registered with the U.S. Copyright Office.

      c.    "Egyptian-Bastet-Wearing-W/Earring (Black Base)": Pacific Trading commissioned at least 360 counterfeit copies from SixSixth (Pacific Trading No. 5069/Wise Unicorn No. WU67896AA) of Wise Unicorn's Work, "Egyptian-Bastet-Wearing-W/Earring (Black Base)," which is registered with the U.S. Copyright Office.

      d.    "La Justicia Holding Scales:" Pacific Trading commissioned at least 120 copies from SixSixth (Pacific Trading No. 7099/Wise Unicorn No. WU72919V4) of Wise Unicorn's Work, "La Justicia Holding Scales," which is registered with the U.S. Copyright Office, as identified on Exhibit A.

      e.    "Centurian on Two-Horse Chariot": Pacific Trading commissioned at least 240 counterfeit copies from SixSixth (Pacific Trading No. 7110, Wise

1   Unicorn No. WU72011A4) of Wise Unicorn's Work, "Centurian on Two-

2   Horse Chariot," which is registered with the U.S. Copyright Office.

3       44.    The value of these orders to SixSixth of unauthorized copies of Wise

4   Unicorn Works totals at least $165,948.00, as indicated on Exhibit B, attached hereto.

5   **C.**   **ADDITIONAL INFRINGEMENT OF WISE UNICORN WORKS**

6       45.    On information and belief, Plaintiffs believe that Defendants have worked

7   with other factories in China and elsewhere to commission unauthorized copies ("Other

8   Infringing Goods") of Wise Unicorn Works by providing the factories with samples of

9   the Wise Unicorn Works and instructions to fabricate molds from which to make copies.

10   A list of these Other Infringing Goods is attached hereto as Exhibit C.

11       46.    In copying the Wise Unicorn Works without authorization, Defendants have

12   sought to avoid bearing the cost of research and design of such sculptural works and to

13   misappropriate the skill, expenditures, and labor of the Plaintiffs.

14       47.    These Other Infringing Goods are either exact copies or so substantially

15   similar to Wise Unicorn Works so as to be only the result of copying of the Wise Unicorn

16   Works.

17   **D.**   **UNAUTHORIZED USE OF PLAINTIFFS'WISE UNICORN**

18   **PRODUCT IMAGES**

19       48.    Plaintiffs sell the Wise Unicorn Works in commerce together with

20   marketing materials, product images, catalogues, and packaging using the distinctive

21   Wise Unicorn trademarks and trade dress ("Wise Unicorn Products").

22       49.    Plaintiffs' product images, include, but are not limited to, photographs,

23   drawings, and illustrations of Wise Unicorn Works, and are original works of visual art

24   authored by Plaintiffs ("Wise Unicorn Product Images").

25       50.    Plaintiffs' Wise Unicorn Product Images are independently protected works

26   under U.S. Copyright law. These Product Images are original works that are fixed in

27

28

**COMPLAINT**

1   tangible media of expression, which qualify as copyrightable subject matter under the
2   U.S. Copyright Act, 17 U.S.C. § 101, *et seq.*

3       51.    At all relevant times, Plaintiffs have been the sole owner and proprietor of
4   all rights, title, and interest in and to the copyrights in the Wise Unicorn Product Images
5   and such copyrights are valid and in full force and effect.

6       52.    Defendants Pacific Trading and YTC have used, and continue to use,
7   without authorization, Plaintiffs' Wise Unicorn Product Images to sell the Infringing
8   Goods.

9       **E.    TRADEMARK AND TRADE DRESS INFRINGEMENT**

10       53.    Plaintiff Unicorn Studio Inc. is the owner of U.S. Trademark Registration
11   No. 3592183 for the UNICORN STUDIO mark (U.S.P.T.O. Registration Certificate
12   attached hereto as Exhibit D.

13       54.    Plaintiff Unicorn Studio Inc. is the owner of U.S. Trademark Registration
14   No. 4385380 for the VERONESE DESIGN mark (U.S.P.T.O. Registration Certificate
15   attached hereto as Exhibit E.

16       55.    Plaintiff Unicorn Studio Inc. is the owner of U.S. Trademark Application
17   Serial No. 85946593 for the VERONESE mark (U.S.P.T.O. Application is attached
18   hereto as Exhibit F.

19       56.    Plaintiffs sell their products to consumers in distinctive packaging that
20   utilizes a consistent color palette in black and white, as well as consistent use of fonts
21   that coordinate with Plaintiffs UNICORN STUDIO, VERONESE DESIGN, and
22   VERONESE marks.

23       57.    On information and belief, Defendants have sold counterfeit copies of
24   Plaintiffs' products using unauthorized copies of Plaintiffs' trademarks and trade dress to
25   pass off counterfeit versions of Plaintiffs' products as their own.

26       58.    In one instance, Plaintiffs discovered in October 2012 that Defendant YTC
27   was selling an unauthorized, counterfeit copy of the Wise Unicorn Work "Dragon Skull"
28

**COMPLAINT**

1  (which is registered with the U.S. Copyright Office, as identified on Exhibit A) through a

2  retailer, Knights Edge. Not only was the product an unauthorized direct copy of the Wise

3  Unicorn Work, it was even packaged in a box featuring Wise Unicorn's VERONESE

4  DESIGN trademark and substantially similar to Wise Unicorn's trade dress. Additionally,

5  Defendant YTC had added a copyright notice to the counterfeit product that read "2009@

6  SUMMIT" in an attempt to pass off the unauthorized copy of Plaintiffs' Work as its own.

7  **F.    ATTEMPTS TO NEGOTIATE AND ONGOING**

8  **WILLFUL INFRINGEMENT**

9  59.    Plaintiffs first sent cease and desist letters to Defendants Pacific Trading and

10  YTC on March 4, 2011, which led to a series of negotiations and settlement attempts.

11  60.    Despite repeated assurances by Defendants Pacific Trading and YTC that

12  they would refrain from further infringement, Plaintiffs has repeatedly discovered that

13  Pacific Trading and YTC continue to willfully infringe Plaintiffs' copyright and

14  trademark/trade dress rights, and will continue to do so unless restrained by an order of

15  this Court.

16  **COUNT I**

17  **Copyright Infringement**

18  61.    Plaintiffs reallege and incorporate herein by reference Paragraphs 1 through

19  60 above.

20  62.    Defendants sell figurines, home décor, and collectibles that are substantially

21  similar to, and in many cases exact copies of, Wise Unicorns Works.

22  63.    The similarities between the SixSixth Copies and Other Infringing Goods

23  and Wise Unicorn's Works are so great that they could only be the result of copying.

24  64.    Furthermore, Plaintiffs have evidence, and upon a reasonable opportunity for

25  discovery and further investigation are likely to discover additional evidence, of

26  Defendants' direct copying of Wise Unicorn Works.

27

28

**COMPLAINT**

65.     At no time have Plaintiffs authorized Defendants to create, commission, market, promote, display, offer for sale, or sell the SixSixth Copies or the Other Infringing Goods.

66.     Not only have Defendants unlawfully copied Plaintiffs' Wise Unicorn Works, Defendants have passed off the Wise Unicorns Works as their own by using false claims of copyright and trademark registration on their websites and their sales and marketing materials and media.

67.     As a result of the ongoing willful and knowing infringement of Wise Unicorns' Works, in violation of Plaintiffs' exclusive rights under 17 U.S.C. § 106, Plaintiffs have suffered and will continue to suffer irreparable harm and injury, including, but not limited to, loss of competitive advantage, loss of business reputation, loss of sales and profits, and economic damage in an amount to be proven at trial.

68.     In the alternative, at the election of Plaintiffs, Plaintiffs are entitled to recover from Defendants statutory damages up to $150,000.00 for Defendants' willful copyright infringement, plus attorney's fees for acts of infringement that commenced after the effective dates of the respective copyright registrations.

## COUNT II

### Trademark and Trade Dress Infringement

69.     Plaintiffs reallege and incorporate herein by reference Paragraphs 1 through 68.

70.     Plaintiffs' Wise Unicorn Products incorporate distinctive trademarks and trade dress that indicate the source of the Products, including the distinctive design, stylistic elements, overall look and feel of the Products and marketing materials. These elements present an overall visual image that identifies the origin of Wise Unicorn Products to consumers.

71.     Plaintiff Unicorn Studio Inc. is the owner of U.S. Trademark Registration No. 3592183 for the UNICORN STUDIO mark.

11

**COMPLAINT**

72. Plaintiff Unicorn Studio Inc. is the owner of U.S. Trademark Registration No. 4385380 for the VERONESE DESIGN mark.

73. Plaintiff Unicorn Studio In. is the owner of U.S. Trademark Application Serial No. 85946593 for the VERONESE mark.

74. Defendants have infringed Plaintiffs' trademarks and trade dress by copying, and using in commerce in connection with the sale, offering for sale, distribution, or advertising of Defendants' goods and product, the distinctive look and feel of the Wise Unicorn Products in such a way that is likely to cause, and has caused, confusion to consumers as to the source of the similar goods.

75. Defendants' acts constitute willful and knowing infringement of Plaintiffs' trademarks and trade dress in violation of Sections 32 (15 U.S.C. 114) and 43(a) (15 U.S.C. 1125(a)).

76. Plaintiffs' business, reputation, and goodwill have been irreparably damaged by Defendants' infringement of Plaintiffs' trademarks and trade dress.

## COUNT III

### Common Law Unfair Competition

77. Plaintiffs reallege and incorporate herein by reference Paragraphs 1 through 76 above.

78. Defendants' conduct constitutes unfair competition in violation of Plaintiffs' rights.

79. Defendants knew, or should have known, that the acquisition, marketing, promotion, offering for sale, and placing upon the market of the SixSixth Copies and Other Infringing Goods, which are direct copies of, or largely copied from, Plaintiffs' Wise Unicorn Products, would harm Plaintiffs.

80. Defendants' actions were taken in willful, deliberate, and/or intentional disregard of Plaintiffs' rights.

**COMPLAINT**

81.     As a direct and proximate result of the unfair competition in which Defendants have engaged, Plaintiffs has suffered, and will continue to suffer, irreparable harm and injury, including but not limited to, loss of competitive advantage, loss of business reputations and goodwill, and loss of profits, in an amount to be proven at trial.

## COUNT IV

### False Advertising in Violation of 15 U.S.C. § 1125(a)(1)(B)

82.     Plaintiffs reallege and incorporate herein by reference Paragraphs 1 through 82 above.

83.     Defendants have engaged in false advertising in violation of Section 43(a)(1)(B) of the Lanham Act (15 U.S.C. § 1125(a)(1)(B)) by using, in connection with their goods, false or misleading descriptions and representations of fact in interstate commerce in commercial advertising or promotion. Defendants' representations deceived, or had the capacity to deceive, a substantial portion of potential customers. Such descriptions and representations are materials in that they are likely to influence the consumer's purchasing decision and they misrepresent the nature, quality, and/or origin of Defendants' goods. Plaintiffs are, or are likely to be, damaged by Defendants' acts.

84.     Plaintiffs are entitled to recover damages and Defendants' profits as a result of Defendants' false advertising.

85.     Defendants' acts were knowing, willful, malicious, deliberate, and/or fraudulent, making this an exceptional case within the meaning of 15 U.S.C. § 1117, and therefore Plaintiffs are entitled to recover their attorney fees.

## COUNT V

### False Designation of Origin in Violation of 15 U.S.C. § 1125(a)

86.     Plaintiffs reallege and incorporate herein by reference Paragraphs 1 through 85 above.

87.     The above-described conduct by Defendants constitutes unfair competition and false designation of origin under 15 U.S.C. § 1125(a).

13

**COMPLAINT**

88.     Plaintiffs are entitled to recover damages and Defendants' profits as a result of Defendants' unfair competition and false designation of origin.

## COUNT VI

### California Unfair Business Practices and False Advertising
### (Cal. Bus. & Prof. Code § 17200, *et seq.*)

89.     Plaintiffs reallege and incorporate herein by reference Paragraphs 1 through 88 above.

90.     Defendants have engaged in unlawful, unfair or fraudulent business acts and practices as prohibited by California Business and Professions Code Section 17200, *et seq.*

91.     Defendants have engaged in unfair, untrue and misleading advertising and acts as prohibited by California Business and Professions Code Section 17500, *et seq.*

92.     Plaintiffs have suffered injury in fact and have lost money or property as a result of the unfair competition.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request the following relief:

1.     For a preliminary and permanent injunction enjoining Defendants and all persons acting in concert with it from manufacturing, reproducing, distributing, adapting, displaying, advertising, promoting, offering for sale, and/or selling any unauthorized copies or materials that are substantially similar to Plaintiffs' Wise Unicorn Products and Works, and to deliver to Plaintiffs for destruction or other disposition all such unauthorized copies or materials and means for producing same in Defendants' possession or control;

2.     For an accounting from Defendants of all profits obtained from the unlawful commissioning, importing, or sales of the SixSixth Copies and Other Infringing Goods;

**COMPLAINT**

3.      For an award of actual damages suffered by Plaintiffs, Plaintiffs' lost profits, and Defendants' profits, according to proof; or statutory damages, in an amount to be determined at trial, plus interest;

4.      For an order pursuant 17 U.S.C. § 503requiring Defendants to deliver upon oath, to be impounded during the pendency of this action, all sculptures, molds, images, and or other articles which may have been used to infringe any of Plaintiffs' copyrights or exclusive rights under copyright, as well as all copies in violation of Plaintiffs' exclusive rights under copyright, and that at the conclusion of this action, the Court shall order all such material so held to be destroyed or reasonably disposed of, whichever shall seem to the Court to be the most just and proper;

5.      The Defendants, during the pendency if this action and permanently thereafter, be enjoined from false advertising and false designation of origin regarding any items offered for sale by Defendants;

6.      For recovery of Defendants' profits and Plaintiffs' damages attributable to Defendants' false advertising and false designation of origin;

7.      For compensatory and punitive damages as allowed by law;

8.      For Plaintiffs' reasonable attorney fees, costs, and disbursements as permitted by statute and law; and

9.      For such other and further relief as the Court deems just and equitable.

/ / /

/ / /

/ / /

15

**COMPLAINT**

1

## DEMAND A JURY TRIAL

2

3      Plaintiffs hereby demand a jury trial as provided by Rule 38(a) of the Federal

4   Rules of Civil Procedure.

5

6   Dated: November 22, 2013              GONZALEZ SAGGIO & HARLAN, LLP

7

8                                  By: _____

9                                      Don A. Hernandez,
                                       Kristin L. Petersen
10                                     Attorneys for Plaintiffs,
                                       Wise Unicorn
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

EXHIBIT A

**Exhibit A**

| | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|
| PA1 | WU66952AA | SKULL MONEY BANK | VA 1-008-699 |  | 1997 |
| PA2 | WU67013AA | LOVE NEVER DIES | VA1-939-315 |  | 1997 |
| PA3 | WU67350AA | ET. SKULL | VA 1-008-711 |  | 1998 |
| PA4 | WU67787AA | 9" GARGOYALE SERIES-HEAD ON JAW | 1-1011812044 |  | 1999 |
| PA5 | WU67896A4 | EGYPTIAN-BASTET-W/EARING | VA1-063-381 |  | 1999 |
| PA6 | WU67896AA | EGYPTIAN-BASTET-W/EARING | VA1-063-381 |  | 1999 |
| PA7 | WU67897AA | EGYPTIAN-BASTET-W/O EARING | VA1-063-383 |  | 1999 |
| PA8 | WU68125AA | EGYPTIAN-BASTET | 1-1011812113 |  | 2000 |
| PA9 | WU68129AA | EGYPTIAN-IBIS-HEADED THOTH | 1-1011812136 |  | 2000 |
| PA10 | WU68178AA | SKULL LOVE NEVER DIES -W/ FLOWER (H13CM) | VAu1-059-185 |  | 2000 |
| PA11 | WU68179AA | SKULL  LOVE NEVER DIES-DANCING (H16.8CM) | VAu1-059-176 |  | 2000 |
| PA12 | WU68565AA | 40CM EGYPTIAN ISIS | 1-1006176791 |  | 2000 |

| | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|
| PA13 | WU68569AA | EGYPTIAN OSIRIS (H:39.5CM) | 1-1006176814 | | 2000 |
| PA14 | WU68610AA | EGYPTIAN-OBELISK YELLOW(H21cm) | 1-1006177136 | | 2000 |
| PA15 | WU68610AB | EGYPTIAN-OBELISK BLACK&GOLD (H22cm) | 1-1006177136 | | 2000 |
| PA16 | WU68643AA | 40CM-EGYPTIAN-HORUS W/STAFF | 1-1006177159 | | 2000 |
| PA17 | WU68667AA | 40CM-EGYPTIAN HATHOR | 1-1006176837 | | 2000 |
| PA18 | WU68878AA | INCENSE/CANDLE HOLDER-EGYPTIAN ANUBIS | VA1-063-373 | | 2001 |
| PA19 | WU68918AA | INCENSE/CANDLE HOLDER-EGYPTIAN-BASTE | VA1-063-381 | | 2001 |
| PA20 | WU68921AA | EGYPTINA-GODDESS-ISIS-KNEELING AND WINGING HORIZONTALLY | VAu1-059-194 | | 2001 |
| PA21 | WU68933CA | TRINKET BOX-EGYPTIAN PYRAMID | 1-1011811929 | | 2001 |
| PA22 | WU68950AA | EGYPTIAN-ANUBIS-LYING ON GROUND | 1-1011811804 | | 2001 |
| PA23 | WU68959AA | EGYPTIAN-BASTET-SITTING | 1-1011812067 | | 2001 |
| PA24 | WU69497A4 | EGYPTIAN BASTET | 1-1011812090 | | 2001 |
| PA25 | WU69497AA | EGYPTIAN BASTET | 1-1011812090 | | 2001 |

| | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|
| PA26 | WU69712AA | EGYPTIAN SETH HOLDING STICK | 1-1006176860 |  | 2002 |
| PA27 | WU69906AA | EGYPTIAN-LION HEAD GOD | 1-1011811850 |  | 2003 |
| PA28 | WU70001AA | INCENSE BURNER - GARGOYLE - SITTING | 1-1006176883 |  | 2002 |
| PA29 | WU70097AA | EGYPTIAN - MIRROR CASE IN THE FORM OF ANKH | 1-1006176906 |  | 2002 |
| PA30 | WU70228VA | ASHTRAY-SKULL WITH FLAME PATTERN | 1-1006176929 |  | 2002 |
| PA31 | WU70228VB | ASHTRAY-SKULL WITH FLAME PATTERN(BLUE) | 1-1006176929 |  | 2002 |
| PA32 | WU70333AA | VIKING SHIP-DRAGON HEAD | VAu1-059-173 |  | 2003 |
| PA33 | WU70474AA | MEDIEVAL WARRIOR -FULL ARMOR- LEFT FOOT FRONT | VAu1-074-111 |  | 2003 |
| PA34 | WU70475AA | MEDIEVAL TIMES WARRIOR- FULL ARMOR WITH LEFT FOOT IN FRONT | VA1-713-067 |  | 2003 |
| PA35 | WU70613AA | GODDESS-VENUS | 1-1006176952 |  | 2003 |
| PA36 | WU70646AA | SANDGLASS-FOUR DRAGONS(LACQUER) | VAu1-059-207 |  | 2003 |
| PA37 | WU70646AB | SANDGLASS-FOUR DRAGONS | VAu1-059-207 |  | 2003 |

| | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|
| PA38 | WU70782AA | GREEK GOD - APHRODITE | 1-1006176975 |  | 2003 |
| PA39 | WU71542AA | GREEK FIGURINE - KING DAVID (MARBLE) | 1-1006176998 |  | 2004 |
| PA40 | WU71543AA | ARCH ANGEL - ST. MICHAEL | VAu1-059-202 |  | 2004 |
| PA41 | WU71578AA | HAND MIRROR - EGYPTIAN MAAT FACING LEFT | VAu1-059-174 |  | 2004 |
| PA42 | WU71649AA | skeleton - operating computer | VAu1-059-169 |  | 2004 |
| PA43 | WU71663VA | 3" CELTIC SKULL | VA 1-008-707 |  | 2004 |
| PA44 | WU71664VA | 3" TATTOO SKULL | 1-1006177228 |  | 2004 |
| PA45 | WU71665VA | 3"ALIEN SKULL | VA 1-008-711 |  | 2004 |
| PA46 | WU71703AA | GREEK SERIES - TWO NUDE WRESTLERS FIGHTING | 1-1006177021 |  | 2004 |
| PA47 | WU71833AA | GREEK FEMALE GOD- FORTUNA COVER BOTH EYES AND HOLD COINS | VA1-859-574 |  | 2004 |
| PA48 | WU72011A4 | ROMAN ON CHARIOT | VA1-735-280 |  | 2005 |
| PA49 | WU72293A4 | CREATION OF ADAM | VAu1-074-137 |  | 2005 |
| PA50 | WU72293B4 | CREATION | VAu1-074-137 |  | 2005 |

| | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|
| PA51 | WU72919V4 | LA JUSTICIA HOLD ING SCALES (MBZ+COLOR) | VA1-713-106 | | 2006 |
| PA52 | WU72944A1 | CLASSICAL SCULPTURE-LEONARDO DAVINCI-STUDY OF PROPORTIONS | VAu1-059-199 | | 2006 |
| PA53 | WU73189AA | JEWEL BOX- THREE GLORAY SITTING | 1-1006177044 | | 2006 |
| PA54 | WU73309BA | CLASSICAL VAMPIRE | VAu1-059-188 | | 2006 |
| PA55 | WU73446A4 | NAPOLEON I en PETIT AMIRAL(MBZ+COLOR) | VAu1-074-351 | | 2006 |
| PA56 | WU73500AA | VIKING BOAT- VIKING BOAT INCENSE BURNER | 1-1006177205 | | 2006 |
| PA57 | WU73509A4 | GREEK GOD SERIES-AUGUSTUS AND ANGEL(MBZ+COLOR) | 1-1006177067 | | 2006 |
| PA58 | WU73677V4 | FORTUNA (LARGE) | VA1-859-574 | | 2007 |
| PA59 | WU74576A4 | PAN | 1-1006177090 | | 2008 |
| PA60 | WU75268A4 | LE JUSTICA SITTING | 1-1006177182 | | 2010 |
| PC26 | WU73988AA | TRINKET BOX-COFFIN WITH RED CROSS | 1-1011812159 | | 2007 |
| PC27 | WU74309AA | TRINKET BOX - BASTET | VAu1-059-183 | | 2008 |

| | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|
| | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
| YA1 | WU67013AA | LOVE NEVER DIES | VA1-939-315 |  | 1997 |
| YA2 | WU68110YA | 3' CHESS -AMERICAN CIVIL WAR-UNION ARMY | VAu1-060-066 |  | 2000 |
| YA3 | WU68111YA | 3' CHESS -AMERICAN CIVIL WAR-CONFEDERATE ARMY | VAu1-059-196 |  | 2000 |
| YA4 | WU70646AB | SANDGLASS-FOUR DRAGONS | VAu1-059-207 |  | 2003 |
| YA5 | WU70611YA | 3' CHESS -THE ARABIANS | VAu1-059-179 |  | 2003 |
| YA6 | WU70612YA | 3' CHESS -THE CHRISTIAN CRUSADES | VAu1-059-206 |  | 2003 |
| YA7 | WU71308AA | trinket BOX- DRAGON ON BOX | VAu1-059-205 |  | 2004 |
| YA8 | WU73309AA | CLASSICAL VAMPIRE COFFIN | VAu1-059-188 |  | 2006 |
| YA9 | WU72722B4 | BUDDHA-AVALOKITESHVARA,STANDING ON LOTUS THRONE | VAu1-059-170 |  | 2007 |
| YA10 | WU74309AB | TRINKET BOX - BASTET | VAu1-059-183 |  | 2008 |

| | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|
| YA11 | WU71913VA | CANDLE HOLDER - THREE TUBES - GREEN MAN | VAu1-059-192 | | 2007 |
| YA12 | WU67702AA | DRAGON SKULL | VA1-008-720 | | 1998 |
| YA13 | WU68297AA | PEN-EGYPTIAN-ANUBIS | 1-1005585211 | | 2000 |
| YA14 | WU68294AA | PEN-EGYPTIAN-MUMMY | 1-1006191315 | | 2000 |
| YA15 | WU68293AA | PEN-EGYPTIAN A SQUATTING FIGURE OF AMENOPHIS III | 1-1006176712 | | 2000 |
| YA16 | WU68347AA | PEN-EGYPTIAN BASTET | 1-1006176735 | | 2000 |
| YA17 | WU68292AA | PEN- SEATED MALE FIGURE FROM SAQQARA | 1-1006176768 | | 2000 |
| YA18 | WU67350AA | ET. SKULL | VA 1-008-711 | | 1998 |
| YA19 | WU67885AA | EGYPTIAN-FALCON-HORUS(GOLD) | VA1-063-382 | | 1999 |
| YA20 | WU68014AB | EGYPTIAN-ISIS | 1-1011811778 | | 2000 |
| YA21 | WU70064AA | EGYPTIAN-ANUBIS | 1-1011811804 | | 2002 |
| YA22 | WU68125AA | EGYPTIAN-BASTET | 1-1011812113 | | 2000 |
| YA23 | WU68020AA | EGYPTIAN-SAKHMET | 1-1011811827 | | 2000 |
| YA24 | WU68038YA | EGYPTIAN CANOPIC JARS, 4 DESIGNS | 1-1011811873 | | 2000 |

| | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|
| YA25 | WU68220BA | TRINKET BOX-EGYPTIAN PYRAMID | 1-1011811929 | | 2000 |
| YA26 | WU68393A1 | EGYPTIAN ANDROSPHIX | 1-1011811952 | | 2000 |
| YA27 | WU69611A4 | EGYPTIAN OSIRIS | 1-1006176814 | | 2002 |
| YA28 | WU70906BB | FIRE SKULL | 1-1011811998 | | 2003 |
| YA29 | WU71832A4 | LA JUSTICIA HOLD ING SCALES | VA1-713-041 | | 2004 |
| YA30 | WU73128A4 | CLASSICAL REPLICA - THE MERCIFUL CHRIST | 1-1006177113 | | 2006 |
| YA31 | WU73654A4 | BUDDHA - AVALOKITESHVARA | 1-1011812021 | | 2007 |
| YA32 | WU75594AA1 | KEYCHAIN - FIRE SKULL | 1-1011811998 | | 2011 |
| YA33 | WU73762A4 | EGYPTIAN--SPHINX | 1-1011811975 | | 2007 |
| YA34 | WU72919A4 | LA JUSTICIA HOLD ING SCALES | VA1-713-106 | | 2006 |
| YA35 | WU72965A4 | GUAN YIN WITH HEART SUTRA(H:41 W:20CM) | VAu1-074-354 | | 2006 |
| YA36 | WU71665AA | 3"ALIEN SKULL | VA 1-008-711 | | 1998 |

EXHIBIT B

**Exhibit B : SixSixth copies**

| | Wise Unicorn No. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | Wise Unicorn products | year of completion | PACIFIC / YTC No. |
|---|---|---|---|---|---|---|
| PB1 | WU66952AA | SKULL MONEY BANK | VA 1-008-699 |  | 1997 | 4375 |
| PB2 | WU67013AA | LOVE NEVER DIES | VA1-939-315 |  | 1997 | 4715 |
| PB3 | WU67350AA | ET. SKULL | VA 1-008-711 |  | 1998 | 4910 |
| PB4 | WU67787AA | 9" GARGOYALE SERIES-HEAD ON JAW | 1-1011812044 |  | 1999 | 4992 |
| PB5 | WU67896AA | EGYPTIAN-BASTET-W/EARING(BLACK BASE) | VA1-063-381 |  | 1999 | 5069 |
| PB6 | WU68178AA | SKULL LOVE NEVER DIES - W/ FLOWER (H13CM) | VAu1-059-185 |  | 2000 | 5165 |
| PB7 | WU68179AA | SKULL  LOVE NEVER DIES-DANCING (H16.8CM) | VAu1-059-176 |  | 2000 | 5166 |
| PB8 | WU68610AA | EGYPTIAN-OBELISK YELLOW(H21cm) | 1-1006177136 |  | 2000 | 5306 |
| PB9 | WU68610AB | EGYPTIAN-OBELISK BLACK&GOLD (H22cm) | 1-1006177136 |  | 2000 | 5307 |
| PB10 | WU68878AA | INCENSE/CANDLE HOLDER-EGYPTIAN ANUBIS | VA1-063-373 |  | 2001 | 5325 |
| PB11 | WU68918AA | INCENSE/CANDLE HOLDER-EGYPTIAN-BASTE | VA1-063-381 |  | 2001 | 5327 |
| PB12 | WU68921AA | EGYPTINA-GODDESS-ISIS-KNEELING AND WINGING HORIZONTALLY | VAu1-059-194 |  | 2001 | 5381 |

| | Wise Unicorn No. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | Wise Unicorn products | year of completion | PACIFIC / YTC No. |
|---|---|---|---|---|---|---|
| PB13 | WU68933CA | TRINKET BOX-EGYPTIAN PYRAMID | 1-1011811929 |  | 2001 | 5397 |
| PB14 | WU68950AA | EGYPTIAN-ANUBIS-LYING ON GROUND | 1-1011811804 |  | 2001 | 5393 |
| PB15 | WU68959AA | EGPYTIAN-BASTET-SITTING | 1-1011812067 |  | 2001 | 5392 |
| PB16 | WU70001AA | INCENSE BURNER - GARGOYLE - SITTING | 1-1006176883 |  | 2002 | 5692 |
| PB17 | WU70097AA | EGYPTIAN - MIRROR CASE IN THE FORM OF ANKH | 1-1006176906 |  | 2002 | 5786 |
| PB18 | WU70228VA | ASHTRAY-SKULL WITH FLAME PATTERN | 1-1006176929 |  | 2002 | 8247 |
| PB19 | WU70228VB | ASHTRAY-SKULL WITH FLAME PATTERN(BLUE) | 1-1006176929 |  | 2002 | 8248 |
| PB20 | WU70333AA | VIKING SHIP-DRAGON HEAD | VAu1-059-173 |  | 2003 | 6053 |
| PB21 | WU70474AA | MEDIEVAL WARRIOR - FULL ARMOR- LEFT FOOT FRONT | VAu1-074-111 |  | 2003 | 5974 |
| PB22 | WU70475AA | MEDIEVAL TIMES WARRIOR-FULL ARMOR WITH LEFT FOOT IN FRONT | VA1-713-067 |  | 2003 | 5975 |
| PB23 | WU70613AA | GODDESS-VENUS | 1-1006176952 |  | 2003 | 6440 |
| PB24 | WU70646AA | SANDGLASS-FOUR DRAGONS(LACQUER) | VAu1-059-207 |  | 2003 | 5978 |

| | Wise Unicorn No. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | Wise Unicorn products | year of completion | PACIFIC / YTC No. |
|---|---|---|---|---|---|---|
| PB25 | WU70646AB | SANDGLASS-FOUR DRAGONS | VAu1-059-207 | | 2003 | 6280 |
| PB26 | WU70782AA | GREEK GOD - APHRODITE | 1-1006176975 | | 2003 | 6135 |
| PB27 | WU71542AA | GREEK FIGURINE - KING DAVID (MARBLE) | 1-1006176998 | | 2004 | 6305 |
| PB28 | WU71543AA | ARCH ANGEL - ST. MICHAEL | VAu1-059-202 | | 2004 | 6306 |
| PB29 | WU71578AA | HAND MIRROR - EGYPTIAN MAAT FACING LEFT | VAu1-059-174 | | 2004 | 6337 |
| PB30 | WU71649AA | skeleton - operating computer | VAu1-059-169 | | 2004 | 6494 |
| PB31 | WU71663VA | 3" CELTIC SKULL | VA 1-008-707 | | 2004 | 6405 |
| PB32 | WU71664VA | 3" TATTOO SKULL | 1-1006177228 | | 2004 | 6406 |
| PB33 | WU71665VA | 3"ALIEN SKULL | VA 1-008-711 | | 2004 | 6407 |
| PB34 | WU71703AA | GREEK SERIES - TWO NUDE WRESTLERS FIGHTING | 1-1006177021 | | 2004 | 6444 |
| PB35 | WU71833AA | GREEK FEMALE GOD-FORTUNA COVER BOTH EYES AND HOLD COINS | VA1-859-574 | | 2004 | 7327 |
| PB36 | WU72011A4 | ROMAN ON CHARIOT | VA1-735-280 | | 2005 | 7110 |

| | Wise Unicorn No. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | Wise Unicorn products | year of completion | PACIFIC / YTC No. |
|---|---|---|---|---|---|---|
| PB37 | WU72293A4 | CREATION OF ADAM | VAu1-074-137 | | 2005 | 7847 |
| PB38 | WU72293B4 | CREATION | VAu1-074-137 | | 2005 | 7848 |
| PB39 | WU72919V4 | LA JUSTICIA HOLD ING SCALES | VA1-713-106 | | 2006 | 7099 |
| PB40 | WU72944A1 | CLASSICAL SCULPTURE- LEONARDO DAVINCI- STUDY OF PROPORTIONS | VAu1-059-199 | | 2006 | 7109 |
| PB41 | WU73189AA | JEWEL BOX- THREE GLORAY SITTING | 1-1006177044 | | 2006 | 7214 |
| PB42 | WU73309BA | CLASSICAL VAMPIRE | VAu1-059-188 | | 2006 | 7446 |
| PB43 | WU73446A4 | NAPOLEON I en PETIT AMIRAL(MBZ+COLOR) | VAu1-074-351 | | 2006 | 7174 |
| PB44 | WU73500AA | VIKING BOAT- VIKING BOAT INCENSE BURNER | 1-1006177205 | | 2006 | 7438 |
| PB45 | WU73509A4 | GREEK GOD SERIES- AUGUSTUS AND ANGEL(MBZ+COLOR) | 1-1006177067 | | 2006 | 7180 |
| PB46 | WU73677V4 | FORTUNA (LARGE) | VA1-859-574 | | 2007 | 7311 |
| PB47 | WU74576A4 | PAN | 1-1006177090 | | 2008 | 8230 |

| | Wise Unicorn No. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | Wise Unicorn products | year of completion | PACIFIC / YTC No. |
|---|---|---|---|---|---|---|
| | | **YTC  EXHIBIT B  :  Six Sixth copies** | | | | |
| YB1 | WU67013AA | LOVE NEVER DIES | VA939-315 | | 1997 | 4715 |
| YB2 | WU68110YA | 3' CHESS -AMERICAN CIVIL WAR-UNION ARMY | VAu1-060-066 | | 2000 | 5126 |
| YB3 | WU68111YA | 3' CHESS -AMERICAN CIVIL WAR-CONFEDERATE ARMY | VAu1-059-196 | | 2000 | |
| YB4 | WU70646AB | SANDGLASS-FOUR DRAGONS | VAu1-059-207 | | 2003 | 6017 |
| YB5 | WU70611YA | 3' CHESS -THE ARABIANS | VAu1-059-179 | | 2003 | 6255 |
| YB6 | WU70612YA | 3' CHESS -THE CHRISTIAN CRUSADES | VAu1-059-206 | | 2003 | |
| YB7 | WU71308AA | trinket  BOX- DRAGON ON BOX | VAu1-059-205 | | 2004 | 6408 |
| YB8 | WU73309AA | CLASSICAL VAMPIRE COFFIN | VAu1-059-188 | | 2006 | 7143 |
| YB9 | WU72722B4 | BUDDHA-AVALOKITESHVARA,STANDING ON LOTUS THRONE | VAu1-059-170 | | 2007 | 7365 |

| | Wise Unicorn No. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | Wise Unicorn products | year of completion | PACIFIC / YTC No. |
|---|---|---|---|---|---|---|
| YB10 | WU74309AB | Trinket Box – Bastet | VAu1-059-183 |  | 2008 | 7561 |
| YB11 | WU71913VA | CANDLE HOLDER - THREE TUBES - GREEN MAN | VAu1-059-192 |  | 2007 | 6564 |

EXHIBIT C

**PACIFIC Exhibit C:  SUBSTANTIALLY SIMILAR ITEMS**

| | PACIFIC NO. | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|---|
| PC1 | 8555 | WU68667AA | 40CM-EGYPTIAN HATHOR | 1-1006176837 |  | 2000 |
| PC2 | 8552 | WU68667AA | 40CM-EGYPTIAN HATHOR | 1-1006176837 |  | 2000 |
| PC3 | 8371 | WU69712AA | EGYPTIAN SETH HOLDING STICK | 1-1006176860 |  | 2002 |
| PC4 | 8226 | WU75268A4 | LE JUSTICA SITTING | 1-1006177182 |  | 2010 |
| PC5 | 8842 | WU75268A4 | LE JUSTICA SITTING | 1-1006177182 |  | 2010 |
| PC6 | 8553 | WU68565AA | 40CM EGYPTIAN ISIS | 1-1006176791 |  | 2000 |
| PC7 | 8902 | WU68565AA | 40CM EGYPTIAN ISIS | 1-1006176791 |  | 2000 |
| PC8 | 8550 | WU68565AA | 40CM EGYPTIAN ISIS | 1-1006176791 |  | 2000 |
| PC9 | 8554 | WU68569AA | EGYPTIAN OSIRIS (H:39.5CM) | 1-1006176814 |  | 2000 |
| PC10 | 8907 | WU68569AA | EGYPTIAN OSIRIS (H:39.5CM) | 1-1006176814 |  | 2000 |
| PC11 | 8551 | WU68569AA | EGYPTIAN OSIRIS (H:39.5CM) | 1-1006176814 |  | 2000 |
| PC12 | 8105 | WU69906AA | EGYPTIAN-LION HEAD GOD | 1-1011811850 |  | 2003 |

| | PACIFIC NO. | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|---|
| PC13 | 8374 | WU69906AA | EGYPTIAN-LION HEAD GOD | 1-1011811850 | | 2003 |
| PC14 | 8906 | WU69906AA | EGYPTIAN-LION HEAD GOD | 1-1011811850 | | 2003 |
| PC15 | 7720 | WU68129AA | EGYPTIAN-IBIS-HEADED THOTH | 1-1011812136 | | 2000 |
| PC16 | 8904 | WU68129AA | EGYPTIAN-IBIS-HEADED THOTH | 1-1011812136 | | 2000 |
| PC17 | 8254 | WU68643AA | 40CM-EGYPTIAN-HORUS W/STAFF | 1-1006177159 | | 2000 |
| PC18 | 8905 | WU68643AA | 40CM-EGYPTIAN-HORUS W/STAFF | 1-1006177159 | | 2000 |
| PC19 | 8072 | WU69497A4 | EGYPTIAN BASTET | 1-1011812090 | | 2001 |
| PC20 | 7756 | WU69497AA | EGYPTIAN BASTET | 1-1011812090 | | 2001 |
| PC21 | 8908 | WU68125AA | EGYPTIAN-BASTET | 1-1011812113 | | 2000 |
| PC22 | 9298 | WU67897AA | EGYPTIAN-BASTET-W/O EARING | VA1-063-383 | | 1999 |
| PC23 | 7594 | WU67896AA | EGYPTIAN-BASTET-W/EARING | VA1-063-381 | | 1999 |

| PC24 | 7522 | WU67896A4 | EGYPTIAN-BASTET-W/EARING | VA1-063-381 |  | 1999 |
|---|---|---|---|---|---|---|
| PC25 | 8257 | WU68959AA | EGYPTIAN-BASTET-SITTING | 1-1011812067 |  | 2001 |
| PC26 | 9067 | WU73988AA | TRINKET BOX-COFFIN WITH RED CROSS | 1-1011812159 |  | 2007 |
| PC27 | 7733 | WU74309AA | TRINKET BOX - BASTET | VAu1-059-183 |  | 2008 |

## YTC   EXHIBIT C : SUBSTANTIALLY SIMILAR ITEMS

| | YTC NO. | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|---|
| YC1 | 4979 | WU67702AA | DRAGON SKULL | VA1-008-720 |  | 1999 |
| YC2 | 5183 | WU68297AA | PEN-EGYPTIAN-ANUBIS | 1-1005585211 |  | 2000 |
| YC3 | 5186 | WU68294AA | PEN-EGYPTIAN-MUMMY | 1-1006191315 |  | 2000 |
| YC4 | 5187 | WU68293AA | PEN-EGYPTIAN A SQUATTING FIGURE OF AMENOPHIS III | 1-1006176712 |  | 2000 |
| YC5 | 5188 | WU68347AA | PEN-EGYPTIAN BASTET | 1-1006176735 |  | 2000 |
| YC6 | 5190 | WU68292AA | PEN- SEATED MALE FIGURE FROM SAQQARA | 1-1006176768 |  | 2000 |
| YC7 | 4910 | WU67350AA | ET. SKULL | VA 1-008-711 |  | 1998 |
| YC8 | 5077 | WU67885AA | EGYPTIAN-FALCON-HORUS(GOLD) | VA1-063-382 |  | 1999 |

| YTC NO. | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
|---|---|---|---|---|---|
| YC9 | 5114 | WU68014AB WU70064AA WU68125AA WU68020AA | EGYPTIAN-ISIS, ANUBIS , BASTET,SAKHMET | 1-1011811778 1-1011811804 1-1011812113 1-1011811827 | | 2000 |
| YC10 | 5116 | WU68038YA | EGYPTIAN CANOPIC JARS, 4 DESIGNS | 1-1011811873 | | 2000 |
| YC11 | 5207 | WU68220BA | TRINKET BOX-EGYPTIAN PYRAMID | 1-1011811929 | | 2000 |
| | YTC NO. | WU NO. | DESCRIPTION | CERTIFICATE OF USA COPYRIGHT | products photo | year of completion |
| YC12 | 6185 | WU68393A1 | EGYPTIAN ANDROSPHIX | 1-1011811952 | | 2000 |
| YC13 | 6502 | WU69611A4 | EGYPTIAN OSIRIS | 1-1006176814 | | 2002 |
| YC14 | 6767 | WU70906BB | FIRE SKULL | 1-1011811998 | | 2003 |
| YC15 | 7092 | WU71832A4 | LA JUSTICIA HOLD ING SCALES | VA1-713-041 | | 2004 |
| YC16 | 7139 | WU73128A4 | CLASSICAL REPLICA - THE MERCIFUL CHRIST | 1-1006177113 | | 2006 |
| YC17 | 7182 | WU73654A4 | BUDDHA - AVALOKITESHVARA | 1-1011812021 | | 2007 |
| YC18 | 7253 | WU75594AA 1 | KEYCHAIN - FIRE SKULL | 1-1011811998 | | 2011 |
| YC19 | 7289 | WU73762A4 | EGYPTIAN--SPHINX | 1-1011811975 | | 2007 |
| YC20 | 7561 | WU74309AB | TRINKET BOX - BASTET | VAu1-059-183 | | 2008 |

| YC21 | 7746 | WU72919A4 | LA JUSTICIA HOLD ING SCALES | VA1-713-106 |  | 2006 |
| YC22 | 7921 | WU72965A4 | GUAN YIN WITH HEART SUTRA(H:41 W:20CM) | VAu1-074-354 |  | 2006 |
| YC23 | 8296 | WU71665AA | 3"ALIEN SKULL | VA 1-008-711 |  | 1998 |

EXHIBIT D

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 3,592,183
Registered Mar. 17, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**



UNICORN STUDIO INC. (CALIFORNIA COR-
PORATION)
13955 LIVE OAK AVE.
IRWINDALE, CA 91706

FOR: HOUSEWARE AND GIFT ITEMS MADE OF
PORCELAIN, NAMELY, DINNERWARE, DISHES,
MUGS, CUPS, PLATES, CREAMER PITCHERS, SU-
GAR BOWLS, TRAYS, VASES, ORNAMENTAL FIG-
URINES, DECORATIONS, ORNAMENTS, AND
CONTAINERS FOR HOUSEHOLD USE, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-10-2002; IN COMMERCE 12-10-2002.

THE MARK CONSISTS OF THE WORDS "UNI-
CORN STUDIO" AND A DISTINCTIVE LOGO OF A
UNICORN.

SN 77-249,216, FILED 8-7-2007.

JENNY PARK, EXAMINING ATTORNEY

EXHIBIT E

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,385,380**

**Registered Aug. 13, 2013**

**Int. Cls.: 6, 20, and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

UNICORN STUDIO INC. (CALIFORNIA CORPORATION)
13955 LIVE OAK AVENUE
IRWINDALE, CA 91706

FOR: HOUSEWARES AND GIFT ITEMS, NAMELY, STATUES, FIGURINES AND SCULP-
TURES MADE OF NON PRECIOUS METAL , IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND
50).

FIRST USE 10-24-2011; IN COMMERCE 10-28-2011.

FOR: HOUSEWARES AND GIFT ITEMS, NAMELY, STATUES, FIGURINES AND SCULP-
TURES MADE OF WOOD, WAX, PLASTER OF PARIS, PLASTIC OR POLY-RESIN, IN CLASS
20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-12-2007; IN COMMERCE 12-12-2007.

FOR: IMPORT AND EXPORT AGENCIES, WHOLESALE DISTRIBUTORSHIPS, AND ONLINE
WHOLESALE AND RETAIL STORE SERVICES IN THE FIELD OF STATUES, FIGURINES
AND SCULPTURES OF DIFFERENT MATERIALS, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 12-12-2007; IN COMMERCE 12-12-2007.

OWNER OF U.S. REG. NO. 3,592,183.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DESIGN", APART FROM THE
MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "VERONESE DESIGN" AND A FANCIFUL LOGO
OF A UNICORN.

SN 85-678,395, FILED 7-16-2012.

GINA FINK, EXAMINING ATTORNEY

*Acting Director of the United States Patent and Trademark Office*

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

EXHIBIT F

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 85946593
### Filing Date: 05/30/2013

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85946593 |
| **MARK INFORMATION** | |
| **\*MARK** | VERONESE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | VERONESE |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Unicorn Studio Inc. |
| **\*STREET** | 13955 Live Oak Avenue |
| **\*CITY** | Irwindale |
| **\*STATE (Required for U.S. applicants)** | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE (Required for U.S. applicants only)** | 91706 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |

| STATE/COUNTRY OF INCORPORATION | California |
|---|---|

| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
|---|---|
| INTERNATIONAL CLASS | 006 |
| • IDENTIFICATION | Housewares and gift items, namely, statues, figurines and sculptures made of nonprecious metal |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/15/2000 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/15/2000 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\859\465\85946593\xml1\ APP0003.JPG |
| SPECIMEN DESCRIPTION | digitally photographed product |
| INTERNATIONAL CLASS | 020 |
| • IDENTIFICATION | Housewares and gift items, namely, statues, figurines and sculptures made of wood, wax, plaster of Paris, plastic or poly-resin |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/11/1997 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/15/2000 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\859\465\85946593\xml1\ APP0004.JPG |
| SPECIMEN DESCRIPTION | digitally photographed product |
| INTERNATIONAL CLASS | 035 |
| • IDENTIFICATION | Import and export agencies, wholesale distributorships, and online wholesale and retail store services in the field of statues, figurines and sculptures of different materials |
| FILING BASIS | SECTION 1(a) |
| FIRST USE | |

| | |
|---|---|
| **ANYWHERE DATE** | At least as early as 08/15/2000 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/15/2000 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\859\465\85946593\xml1\ APP0005.JPG |
| **SPECIMEN DESCRIPTION** | digitally photographed business card |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **MISCELLANEOUS STATEMENT** | Applicant claims ownership of allowed pending U.S. Trademark Application Serial No. 85678395. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Danton K. Mak |
| **ATTORNEY DOCKET NUMBER** | 22052 |
| **FIRM NAME** | Sheldon Mak & Anderson PC |
| **STREET** | 100 Corson Street, Third Floor |
| **CITY** | Pasadena |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 91103-3842 |
| **PHONE** | (626) 796-4000 |
| **FAX** | (626) 795-6321 |
| **EMAIL ADDRESS** | danton@usip.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Denton L. Anderson, Katherine M. Bond, William D. Bowen, David A. Farah, Teddie C. Hsu, Laura M. Lloyd, Douglas H. Morseburg, Robert A. Schroeder, Jeffrey G. Sheldon, Norman R. Van Treeck |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Danton K. Mak |
| **FIRM NAME** | Sheldon Mak & Anderson PC |
| **STREET** | 100 Corson Street, Third Floor |

| | |
|---|---|
| **CITY** | Pasadena |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 91103-3842 |
| **PHONE** | (626) 796-4000 |
| **FAX** | (626) 795-6321 |
| **EMAIL ADDRESS** | danton@usip.com;docketingdept@usip.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 3 |
| **FEE PER CLASS** | 325 |
| ***TOTAL FEE DUE** | 975 |
| ***TOTAL FEE PAID** | 975 |
| **SIGNATURE INFORMATION** | |
| **ORIGINAL PDF FILE** | hw_646068194-162555136_._20130529_Declaration.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT16\IMAGEOUT16\859\465\85946593\xml1\APP0006.JPG |
| **SIGNATORY'S NAME** | Yvonne Kao |
| **SIGNATORY'S POSITION** | President |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 85946593
### Filing Date: 05/30/2013

## To the Commissioner for Trademarks:

**MARK:** VERONESE (Standard Characters, see mark)
The literal element of the mark consists of VERONESE.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Unicorn Studio Inc., a corporation of California, having an address of
    13955 Live Oak Avenue
    Irwindale, California 91706
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 006:  Housewares and gift items, namely, statues, figurines and sculptures made of nonprecious metal

In International Class 006, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/15/2000, and first used in commerce at least as early as 08/15/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) digitally photographed product.
Specimen File1

    International Class 020:  Housewares and gift items, namely, statues, figurines and sculptures made of wood, wax, plaster of Paris, plastic or poly-resin

In International Class 020, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/11/1997, and first used in commerce at least as early as 08/15/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) digitally photographed product.
Specimen File1

    International Class 035:  Import and export agencies, wholesale distributorships, and online wholesale and retail store services in the field of statues, figurines and sculptures of different materials

In International Class 035, the mark was first used by the applicant or the applicant's related company or

licensee or predecessor in interest at least as early as 08/15/2000, and first used in commerce at least as early as 08/15/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) digitally photographed business card.
Specimen File1

Applicant claims ownership of allowed pending U.S. Trademark Application Serial No. 85678395.

The applicant's current Attorney Information:
   Danton K. Mak and Denton L. Anderson, Katherine M. Bond, William D. Bowen, David A. Farah, Teddie C. Hsu, Laura M. Lloyd, Douglas H. Morseburg, Robert A. Schroeder, Jeffrey G. Sheldon, Norman R. Van Treeck of Sheldon Mak & Anderson PC
   100 Corson Street, Third Floor
   Pasadena, California 91103-3842
   United States
The attorney docket/reference number is 22052.

The applicant's current Correspondence Information:
   Danton K. Mak
   Sheldon Mak & Anderson PC
   100 Corson Street, Third Floor
   Pasadena, California 91103-3842
   (626) 796-4000(phone)
   (626) 795-6321(fax)
   danton@usip.com;docketingdept@usip.com (authorized)

A fee payment in the amount of $975 has been submitted with the application, representing payment for 3 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

### Declaration Signature

Signature: Not Provided   Date: Not Provided
Signatory's Name: Yvonne Kao

Signatory's Position: President
RAM Sale Number: 85946593
RAM Accounting Date: 05/31/2013

Serial Number: 85946593
Internet Transmission Date: Thu May 30 16:39:26 EDT 2013
TEAS Stamp: USPTO/BAS-64.60.68.194-20130530163926980
546-85946593-50019632669628db5c1ac305ae5
425795d6f06a75774e85742a18c4d4723ab02931
-DA-3606-20130530162555136744

# VERONESE







Trademark/Service Mark Application, Principal Register

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Signature Section:**

Signature: _____

Signatory's Name: Yvonne Kao
Signatory's Position: President
Signatory's Phone Number: (626) 796-4000

Date Signed: _MAY 29, 2013_

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page must include both the signature information and the boilerplate declaration language. Do not include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will not be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.